IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 01-40717
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE FLORES LOPEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-01-CR-314-1

_____

August 3, 2001

Before POLITZ, JOLLY, and JONES, Circuit Judges.

PER CURIAM:[*]

Jose Flores Lopez appeals the district court's order denying release pending

his trial on several charges of conspiracy, bribery, issuing false documents, and

transporting illegal aliens, violations of 8 U.S.C. § 1324, 18 U.S.C. § 1546, and 18

U.S.C. § 201. In light of the evidence adduced before the magistrate judge and

district judge, Lopez has neither shown that the trial court was clearly erroneous in

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

its findings of fact, nor that it abused its discretion in ordering him detained pending

trial.[1]  The detention order is AFFIRMED.

---

[1]18 U.S.C. § 3145(c); United States v. Rueben, 974 F.2d 580 (5th Cir. 1992).